# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. _CR 07-363 SVW_      Date _7/11/16_

Title    United States v. _Antonio Alejandro Gonzalez_

Present: The Honorable   Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:      Attorneys Present for Defendant:

     n/a                                       n/a

**Proceedings:**      (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

     The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

     The Court finds that

     A.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

         ☐   Lack of bail resources

         ☒   Refusal to interview with Pretrial Services

         ☐   No stable residence or employment

         ☐   Previous failure to appear or violations of probation, parole, or release

         ☒   Ties to foreign countries

         ☒   Allegations in petition

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. __CR-07-363-SVW__  Date __7/11/16__

Title  United States v.

    B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

        ☒ Nature of previous criminal convictions

        ☐ Allegations in petition

        ☐ Substance abuse

        ☐ Already in custody on state or federal offense

        ☐

C. Defendants submitted to detention

\* \* \*

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.